# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 9/18/09 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sonny Joseph | Danielle Janean Joseph |
| 139 Oak Circle | aka Danielle Joseph |
| Ocala, FL 34472 | 139 Oak Circle |
| | Ocala, FL 34472 |

| | |
|---|---|
| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
| 3:09–bk–07896–JAF | xxx–xx–6459 |
| | xxx–xx–5307 |

| | |
|---|---|
| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
| J Herbert Williams | Douglas W. Neway |
| 702 South Magnolia Avenue | P O Box 4308 |
| Suite 2 | Jacksonville, FL 32201 |
| Ocala, FL 34471 | Telephone number:  904–358–6465 |
| Telephone number:  (352) 629–6000 | |

## Meeting of Creditors

Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and computers into the Courthouse.

Date: **November 9, 2009**                                    Time: **09:00 AM**
Location: **FIRST FLOOR, 300 North Hogan St. Suite 1–200, Jacksonville, FL 32202**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **2/8/10**          For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):  **180 days from the date of filing**

#### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 1/8/10

### Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan

The plan or a summary of the plan will be sent separately. The hearing on confirmation will be held:

Date: **12/18/09** , Time: **09:30 AM** , Location: **By Video – Room 256, U.S. Courthouse, 2nd Floor, 207 NW 2nd St. Ocala FL 34475, or 300 N. Hogan St., Courtroom 4A or 4D, Jacksonville, FL 32202**

   1. All exhibits must be pre–marked and listed in accordance with Local Rule 9070–1.   2. The hearing may be continued upon announcement made in open court without further notice.   3.  Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.   4.  You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should *dress in business attire*.   5. Secured Creditors are advised that the payment amount, frequency of payments and valuation of collateral as described in the debtor(s)plan will become effective with the Confirmation Order unless the   affected secured creditor files an objection. Such objection must be filed with the Clerk, U.S. Bankruptcy Court, 300 North Hogan Street Suite 3–350, Jacksonville, Florida, 32202, and will be heard at the Confirmation Hearing.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
| 300 North Hogan Street Suite 3–350 | |
| Jacksonville, FL 32202 | Clerk of the Bankruptcy Court: |
| Telephone number:  904–301–6490 | Lee Ann Bennett |

| Hours Open:  Monday – Friday 8:30 AM – 4:00 PM | Date:  9/21/09 |

# EXPLANATIONS

| | |
|---|---|
| **Filing of Chapter 13 Bankruptcy Case** | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| **Creditors Generally May Not Take Certain Actions** | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. **Individual debtors in Chapter 13 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 13. A statement regarding completion of the course must be filed no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. **Applies to cases filed on or after October 17, 2005. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––

| | |
|---|---|
| **Voice Case Info. System (VCIS)** | For use with a touch–tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1–866–879–1286. |

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Middle District of Florida | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Sonny  Joseph<br>              Danielle Janean Joseph | Case Number:        3:09-07896-JAF |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:_____**
(*If known*)

Filed on:_____

Telephone number:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**                $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
       (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

       **3a. Debtor may have scheduled account as:** _____
               (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property: $_____  Annual Interest Rate____%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $_____  Basis for perfection:** _____

**Amount of Secured Claim: $_____  Amount Unsecured: $_____**

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, and all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Sep 23, 2009.

```
db/jdb      +Sonny Joseph,   Danielle Janean Joseph,   139 Oak Circle,   Ocala, FL 34472-3160
aty         +J Herbert Williams,   702 South Magnolia Avenue,   Suite 2,   Ocala, FL 34471-0987
16934886    AT&T (formerly Bell South),   440 NW Chashan Blvd,   Atlanta, GA 30348
16934880    Allied Interstate,   P.O. Box 369008,   Columbus, OH 43236-9008
16934882   +AmeriFinancial,   P.O. Box 64488,   Baltimore, MD 21264-4488
16934883   +Amerifinancial Solutions,   P.O. Box 64488,   Baltimore, MD 21264-4488
16934887   +Bally Total Fitness Corp,   1531 North Aurora Road,   Naperville, IL 60563-0700
16934889   +CBHV,   P.O. Box 831,   Newburgh, NY 12551-0831
16934888   +Cardiac Events,   910 West Terrell North,   Fort Worth, TX 76104-3034
16934891   +Children's Medical Center,   1051 N 35th Avenue,   Hollywood, FL 33021-5433
16934892    Cingular Wireless,   P.O. Box 538695,   Atlanta, GA 30353-8695
16934893    Citibank,   P.O. Box 6052,   Sioux Falls, SD 57117
16934894   +Collectcorp Corp,   P.O. Box 100789,   Birmingham, AL 35210-0789
16934895   +Comcast,   P.O. Box 105257,   Atlanta, GA 30348-5257
16934896    Credit Collections USA,   P.O. Box 873,   Morgantown, WV 26507-0873
16934897   +Direct TV,   2230 E Imperial Hwy,   El Segundo, CA 90245-3501
16934899   +Doctors Laboratory, Inc.,   P.O. Box 4750,   Valdosta, GA 31604-4750
16934900   +Embarq,   435 Ford Road Ste 800,   Minneapolis, MN 55426-1066
16934901   +Embrace Visa Card,   P.O. Box 8003,   Saint Cloud, MN 56302-8003
16934902   +Escallate, LLC,   P.O. Box 714017,   Columbus, OH 43271-4017
16934903   +Express Care of Ocala,   1834 SW 1st Ave, #201,   Ocala, FL 34471-8102
16934904   +Feature Films for Family,   P.O. Box 572410,   Salt Lake City, UT 84157-2410
16934905   +Fletchers Medical Supplies,   P.O. Box 45170,   Jacksonville, FL 32232-5170
16934906    Florida Power & Light,   9001 Ellis Road,   Melbourne, FL 32904-1017
16934907   +GC Services, Ltd,   6330 Gulfton,   Houston, TX 77081-1198
16934910   ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
             (address filed with court:  GreenTree Servicing,   P.O. Box 94710,   Palatine, IL 60094)
16934911   +GRP Loan, LLC,   445 Hamilton Ave, 8th Floor,   White Plains, NY 10601-1807
16934908    Gold Key Credit Inc.,   P.O. Box 15670,   Brooksville, FL 34604-0122
16934913   +Inphynet South Broward,   P.O. Box 740022,   Cincinnati, OH 45274-0022
16934914   +JC Christiansen & Assoc,   P.O. Box 519,   Sauk Rapids, MN 56379-0519
16934915   +MAF Collections,   134 S. Tampa Street,   Tampa, FL 33602-5354
16934916    Magnolia Emergency Phys,   P.O. Box 8790,   Philadelphia, PA 19101-8790
16934917   +Marion County Public Library,   2720 E Silver Springs Blvd,   Ocala, FL 34470-7006
16934918   +Marion Heart Center P.A.,   1805 SE Lake Weir Avenue,   Ocala, FL 34471-5426
16934919   +Medical Imaging Center,   P.O. Box 2770,   Ocala, FL 34478-2770
16934921   +Munroe Regional Medical Ctr,   P.O. Box 850001,   Orlando, FL 32885-0001
16934923   +NCO Financial,   P.O. Box 4935,   Trenton, NJ 08650-4935
16934922   +NCO Financial,   P.O. Box 15609,   Wilmington, DE 19850-5609
16934924   +NES of Florida Inc,   P.O. Box 403208,   Atlanta, GA 30384-3208
16934928   +OSI Collection Services,   P.O. Box 987,   Brookfield, WI 53008-0987
16934925   +Ocala Family Medical Center,   2230 SW 19th Avenue Road,   Ocala, FL 34471-1391
16934926   +Ocala Oncology Center,   P.O. Box 863205,   Orlando, FL 32886-3205
16934927   +Ocala Regional Hospital,   1431 SW 1st Avenue,   Ocala, FL 34471-6558
16934929   +Penn Foster School,   P.O. Box 1900,   Scranton, PA 18501-1900
16934930   +Phoenix Emer Svc of Leesberg,   P.O. Box 100945,   Atlanta, GA 30384-0945
16934931   +Plantation Billing Center,   P.O. Box 189016,   Fort Lauderdale, FL 33318-9016
16934932   +Premier Pediatrics,   150 SE 17th Street,   Ste 604,   Ocala, FL 34471-5162
16934933    Probill,   P.O. Box 2078,   Huntington, WV 25720-2078
16934934    Professional Adj Corp,   P.O. Box 1507,   Inverness, FL 34451-1507
16934935    Quest Diagnostics Inc,   P.O. Box 740781,   Cincinnati, OH 45274-0698
16934936   +Radiology Assoc of Ocala,   P.O. Box 6200,   Ocala, FL 34478-6200
16934937    Riddle & Assoc,   P.O. Box 1187,   Sandy, UT 84091-1187
16934939   +Sanford Brown Institute,   1201 W Cypress Creek Road,   Fort Lauderdale, FL 33309-1906
16934940   +Shands Healthcare,   P.O. Box 3475,   Toledo, OH 43607-0475
16934941   +Solarus Medical,   10347 Cross Creek Blvd,   Ste H,   Tampa, FL 33647-2993
16934942   +Steven B. Greenfield, P.A.,   7000 W. Palmetto Park Rd,   Suite 402,   Boca Raton, FL 33433-3425
16934944    Tax Collector, Marion County,   P.O. Box 970,   Ocala, FL 34478-0970
16934945    Terminix,   P.O. Box 742592,   Cincinnati, OH 45274-2592
16934946    The Villages Regional Hosp,   P.O. Box 116781,   Atlanta, GA 30368-6781
16934947   +Transworld Systems,   3450 Lakeside Drive # 304,   Miramar, FL 33027-3268
16934948    TruGreen ChemLawn,   P.O. Box 771209,   Ocala, FL 34477-1209
16934949   +UM Capital LLC,   6701 Carmel Rd, #110,   Charlotte, NC 28226-0216
16934951    US Dept of Education,   P.O. Box 4222,   Iowa City, IA 52244
16934952   +USCB Corporation,   P.O. Box 75,   Archbald, PA 18403-0075
16934950   +Unique Nation Collections,   319 E Maple Street,   Jeffersonville, IN 47130-3439
16934946   +United States Attorney,   300 North Hogan St Suite 700,   Jacksonville, FL 32202-4204
16934953   +Wachovia,   c/o Island National Group,   P.O. Box 18009,   Hauppauge, NY 11788-8809
16934954   +Washington Mutual,   11100 Pembroke Road,   Miramar, FL 33025-1701
16934955   +Young Kidz Academy, Inc,   c/o Broward County,   201 SE 6th Street,
             Fort Lauderdale, FL 33301-3303
```

The following entities were noticed by electronic transmission on Sep 21, 2009.

```
tr          +E-mail/Text: COURT@CH13JAXFL.COM                    Douglas W. Neway,   P O Box 4308,
             Jacksonville, FL 32201-4308
16934879     EDI: AFNIRECOVERY.COM Sep 21 2009 20:50:00     AFNI,   404 Brock Drive,   P.O. Box 3427,
             Bloomington, IL 61702-3427
16934881    +EDI: RMCB.COM Sep 21 2009 20:50:00     AMCA,   P.O. Box 1235,   Elmsford, NY 10523-0935
16934884     EDI: ARROW.COM Sep 21 2009 20:48:00     Arrow Financial Services,   21031 Network Place,
             Chicago, IL 60678-1031
16934885    +EDI: ACCE.COM Sep 21 2009 20:50:00     Asset Acceptance Corp,   P.O. Box 2036,
             Warren, MI 48090-2036
16934890     EDI: CCS.COM Sep 21 2009 20:49:00     CCS,   P.O. Box 55126,   Boston, MA 02205-5126
```

```
The following entities were noticed by electronic transmission (continued)
16934896     EDI: CCUSA.COM Sep 21 2009 20:48:00      Credit Collections USA,    P.O. Box 873,
             Morgantown, WV 26507-0873
16934898     EDI: ESSL.COM Sep 21 2009 20:50:00      Dish Network,   Dept 0063,   Palantine, IL 60055-0063
16934902    +EDI: ESCALLATE.COM Sep 21 2009 20:49:00      Escallate, LLC,   P.O. Box 714017,
             Columbus, OH 43271-4017
16939745     EDI: FLDEPREV.COM Sep 21 2009 20:50:00      FL Dept. of Revenue,   Bankruptcy Unit,
             P.O. Box 6668,   Tallahassee, FL 32314-6668
16934909     EDI: RMSC.COM Sep 21 2009 20:49:00      GreenTree Servicing,   P.O. Box 6172,
             Rapid City, SD 57709-6172
16934912    +EDI: HFC.COM Sep 21 2009 20:49:00      Household Bank,   P.O. Box 5233,
             Carol Stream, IL 60197-5233
16939747     EDI: IRS.COM Sep 21 2009 20:49:00      Internal Revenue Service,   PO Box 21126,
             Philadelphia, PA  19114
16934920     E-mail/Text: COURTNEY@MJALTMAN.COM                  MJ Altman,   P.O. Box 3070,
             Ocala, FL 34478-3070
16934938     EDI: PHINRJMA.COM Sep 21 2009 20:50:00      RJM Acquisitions LLC,   575 Underhill Blvd, #224,
             Syosset, NY 11791-3416
16934943    +EDI: WTRRNBANK.COM Sep 21 2009 20:48:00      Target,   P.O. Box 673,   Minneapolis, MN 55440-0673
                                                                              TOTAL: 16


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16939748*    Tax Collector, Marion County,   P.O. Box 970,   Ocala, FL 34478-0970
                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2009**                    **Signature:** *Joseph Speetjens*